# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-00198 |
| | ) | |
| Nick G. Petmezas | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

## NOTICE OF MOTION

TO:  See Attached Service List

**PLEASE TAKE NOTICE** that on **July 11, 2014** at **1:00 p.m.** or as soon thereafter as counsel may be heard, we shall appear before the Honorable A. Benjamin Goldgar, Bankruptcy Judge, or any judge sitting in his stead, in **North Branch Court (Round Lake Beach)**, or any other courtroom he may occupy at **1792 Nicole Lane, Round Lake Beach, Illinois, 60073** and shall there present **TRUSTEE'S MOTION TO COMPENSATE SPECIAL COUNSEL,** a copy of which is attached hereto and is herewith served upon you, and shall pray for the entry of an Order in compliance therewith.

                                                       Ilene F. Goldstein, as Trustee
                                                       for Nick G. Petmezas


                                         By:  /s/ Ilene F. Goldstein
                                                   One of Her Attorneys

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595

## CERTIFICATE OF SERVICE

Statement on service list regarding serving docs electronically

  I, Ilene F. Goldstein, attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service of the above referenced **TRUSTEE'S MOTION TO COMPENSATE SPECIAL COUNSEL** on all persons identified as Registrants on the appended service list was accomplished through the Court's Electronic Notice for Registrants, and, as to all other persons on the service list, I caused a copy of the **TRUSTEE'S MOTION TO COMPENSATE SPECIAL COUNSEL**, to be e-mailed to the address listed, faxed to the number indicated or sent First Class Mail, as indicated, to each such person on the attached service list before the hour of 5:00 p.m. on June 20, 2014.

               /s/ Ilene F. Goldstein
                Ilene F. Goldstein


## SERVICE LIST[1]

**U.S. Trustee**             **Via Court's Electronic Notice for Registrants**
Denise DeLaurent
Office of the U.S. Trustee, Region 11
219 South Dearborn Street
Room 873
Chicago, IL 60604

**Debtor's Counsel**          **Via Court's Electronic Notice for Registrants**
Joel A. Schechter
Law Offices of Joel A. Schechter
53 W. Jackson Blvd Suite 1522
Chicago, IL 60604

**Debtor**               **Via First Class Mail**
Nick G. Petmezas
1248 Antietam Drive
Long Grove, IL 60047

**Creditor**              **Via First Class Mail**
Bob Georgopoulos
6854 Latrobe Ave.
Skokie, IL 60077

**Creditor's Counsel**          **Via Email and First Class Mail**
Konstantine "Gus" Sparagis
Law Offices of Konstantine Sparagis, P.C.
900 W. Jackson Blvd., Ste. 4E
Chicago, IL 60607
Courtesy Copy

---

[1] This Court entered an Order on June 20, 2014 limiting Notice. This service list complies with that Order.

**Creditor**                                **Via First Class Mail**
Itasca Bank & Trust Co.
308 West Irving Park Road
Itasca, IL 60143

**Counsel for Co-Owners**                   **Via Email**
Barry M. Rosenbloom
Barry M. Rosenbloom, Ltd
1411 McHenry Road, Suite 125
Buffalo Grove, IL 60089
Courtesy Copy

**Counsel for Buyer**                       **Via Email**
Glenn Betancourt, Esq.
2720 S. River Rd., Suite 150
Des Plaines, Illinois 60018
Courtesy Copy

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Case No. 13-00198 |
| | ) | |
| Nick G. Petmezas | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### APPLICATION FOR ALLOWANCE OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ADAM HECHT AND HECHT AND SEIDMEN LLC, SPECIAL COUNSEL TO THE TRUSTEE

Adam Hecht and Hecht and Seidman LLC, Special Counsel for Trustee, pursuant to §330 of the United States Bankruptcy Code, requests the entry of an order allowing and directing payment to Adam Hecht and Hecht and Seidman LLC. an award of $3,000.00 as final compensation as Special Counsel to the Trustee. In support of its application, Adam Hecht and Hecht and Seidman LLC, respectfully states as follows:

### BACKGROUND REGARDING COMMENCEMENT OF PROCEEDINGS

On January 3, 2013 a voluntary petition under Chapter 7 of the United States Bankruptcy Code was filed in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division.

### RETENTION OF ADAM HECHT AND HECHT AND SEIDMAN LLC

1. On April 4, 2014, this Court entered an Order granting the Trustee's Motion to Employ Adam Hecht and Hecht and Seidman LLC., as Special Counsel for the Estate. A copy of said Order is available on the Court's docket.

2. Adam Hecht and Hecht and Seidman LLC., were retained by the Trustee to assist in the sale of certain property interests of the Bankruptcy Estate. The Trustee recognized that this particular sale was unduly complicated in that there were several street addresses, four parcels of property, different owners on some of the

parcels of property, and the original contract presented to the Trustee possibly contained numerous errors of a legal nature.  The Trustee in reviewing the retention of Special Counsel realized that if Special Counsel were to bill on an hourly rate the fees would be substantial as the state of the property and its legal description as well as the numerous proposed contracts of the Seller required intensive time commitment by Real Estate Counsel.  Therefore the Trustee negotiated a payment not to exceed $3,000.00 for Special Counsel's fee.  Said agreement subject to Bankruptcy Court Order was approved by this Court in the Motion to Retain Special Counsel.

### ALL SERVICES PERFORMED BY ADAM HECHT AND HECHT AND SEIDMAN LLC WERE REASONABLE AND NECESSARY

3.  Pursuant to §330 of the Code and the generally applicable criteria with respect to time, nature, extent and value of services performed, all of Adam Hecht and Hecht and Seidman LLC services are compensable and the compensation requested is fair and reasonable.

4. An Affidavit setting forth that Adam Hecht and Hecht and Seidman LLC has spent over $3,000.00 worth of attorney time is attached hereto as Exhibit A..

### CONCLUSION

5. The fee charged by Adam Hecht and Hecht and Seidman LLC, in this fee application are below its usual and customary rates charged during the period covered by this application for work performed for other clients in both bankruptcy and non-bankruptcy matters.

6.  Adam Hecht and Hecht and Seidman LLC, has not entered into an agreement or understanding of any kind, expressed or implied, with any entity to share in its compensation received or to be received by Adam Hecht and Hecht and Seidman LLC for services rendered to the Trustee in this case.

      7. More than 120 days has elapsed since the commencement of this case and Adam Hecht and Hecht and Seidman LLC, has not filed any prior applications for compensation or reimbursement of expenses. Accordingly, pursuant to §330 of the Code, Adam Hecht and Hecht and Seidman LLC, may present this application for final compensation.

      WHEREFORE, Adam Hecht and Hecht and Seidman LLC, requests the entry of an order:

      A. Allowing and directing payment to Adam Hecht and Hecht and Seidman LLC, final compensation in the amount of $3,000.00 as final compensation.

      B. For such other and further relief as this Court deems appropriate.

                                      Respectfully submitted by
                                      Ilene F. Goldstein

                                      By: /s/ Ilene F. Goldstein

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595