UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Nick G. Petmezas<br><br>Debtor(s) | ) ) ) ) ) ) ) ) | BK No.:  13-00198<br><br>Chapter:  7<br>Honorable A. Benjamin Goldgar<br><br>Lake County |

**ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF ADAM HECHT AND HECHT AND SEIDMEN LLC, SPECIAL COUNSEL TO THE TRUSTEE**

This matter coming to be heard upon the Final Application for Allowance of Compensation and Reimbursement of Expenses of Adam Hecht and Hecht and Seidman LLC, Special Counsel for the Trustee, seeking $3,000.00 as final compensation, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

Adam Hecht and Hecht and Seidman LLC, Special Counsel for the Trustee is hereby awarded and the Trustee is directed to pay final compensation in the amount of $3,000.00 as final compensation.

Enter:

United States Bankruptcy Judge

Dated: OCT 0 3 2014

**Prepared by:**
Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
900 Skokie Blvd, Suite 128
Northbrook, Illinois 60062
(847) 562-9595.

Rev: 20130103_bko