## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: PETMEZAS, NICK G. | § | Case No. 13-00198-ABG |
| | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on January 03, 2013. The undersigned trustee was appointed on March 03, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          115,000.00

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim distribution | 40,336.22 |
| Administrative expenses | 19,531.82 |
| Bank service fees | 903.82 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 33,984.67 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]          $ | 20,243.47 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing  non-governmental claims in this case was 11/25/2013 and the deadline for filing governmental claims was 07/02/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $7,300.77.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $7,300.77, for a total compensation of $7,300.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/16/2017               By:/s/ILENE F. GOLDSTEIN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: 13-00198-ABG | Trustee: (330290) ILENE F. GOLDSTEIN |
| Case Name: PETMEZAS, NICK G. | Filed (f) or Converted (c): 01/03/13 (f) |
| | §341(a) Meeting Date: 01/31/13 |
| Period Ending: 10/16/17 | Claims Bar Date: 11/25/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1   1547 West Irving Park Road, (1/3 interest) land (u)<br>Imported from Amended Doc#: 24 | Unknown | 0.00 | | 0.00 | FA |
| 2   360 North Old Route 53, Itasca, IL, a/k/a 360, R (u)<br>Imported from Amended Doc#: 24 | Unknown | 0.00 | | 0.00 | FA |
| 3   1215 W. Irving Park, three foregoing properties (u)<br>Imported from Amended Doc#: 24 | Unknown | 0.00 | | 0.00 | FA |
| 4   5800 South Damen, interest) land trust (u)<br>Imported from Amended Doc#: 24 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 5   Bank of America, checking, xxxxxxxx4620, account<br>Imported from original petition Doc# 13 | 741.98 | 741.98 | | 0.00 | FA |
| 6   Bank of America, savings, xxxxxxxx2935, account<br>Imported from original petition Doc# 13 | 150.00 | 150.00 | | 0.00 | FA |
| 7   Consumers Credit Union, share account, member no<br>Imported from original petition Doc# 13 | 7.50 | 7.50 | | 0.00 | FA |
| 8   bedroom set, 3 couches, coffee table, 2 chairs,<br>Imported from original petition Doc# 13 | 2,500.00 | 0.00 | | 0.00 | FA |
| 9   necessary wearing apparel<br>Imported from original petition Doc# 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10   watch, ring<br>Imported from original petition Doc# 13 | 500.00 | 0.00 | | 0.00 | FA |
| 11   golf clubs<br>Imported from original petition Doc# 13 | 250.00 | 0.00 | | 0.00 | FA |
| 12   homeowners' insurance<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 13   health insurance through spouse's employment<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 14   term life insurance<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 15   Morgan Stanley<br>Imported from original petition Doc# 13 | 80.00 | 0.00 | | 0.00 | FA |
| 16   Mug Pub, Inc. (1/3 interest) involuntary dissolu<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 13-00198-ABG | Trustee: | (330290) | ILENE F. GOLDSTEIN |
| --- | --- | --- | --- | --- |
| Case Name: | PETMEZAS, NICK G. | Filed (f) or Converted (c): | 01/03/13 (f) | |
| | | §341(a) Meeting Date: | 01/31/13 | |
| Period Ending: | 10/16/17 | Claims Bar Date: | 11/25/13 | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description<br>(Scheduled And Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property<br>Abandoned<br>OA=§554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 17 | Petmezas Corporation (1/3 interest) involuntary<br>Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 18 | J N & G LLC (1/3 interest)<br>Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 19 | Elgin Farm (1/3 interest)<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 20 | Demos Itasca Properties, LLC (1/3 interest)<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 21 | Itasca Joint Venture, LLC (16.66%), involuntary<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 22 | Kepos, LLC (11.33%)<br>Imported from original petition Doc# 13 | 0.00 | 3,829.53 | | 3,829.53 | FA |
| 23 | 2004 Subaru Impreza WRX (vehicle titled in name<br>Imported from original petition Doc# 13 | 5,800.00 | 5,800.00 | | 0.00 | FA |
| 24 | 2001 Lexus GS 430<br>Imported from original petition Doc# 13 | 2,200.00 | 0.00 | | 0.00 | FA |
| 25 | Nick G. Petmezas Revocable Trust dated March 5,<br>Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 26 | 5810 S. Damen Chicago 1/3 interest  (u) | 0.00 | 111,170.47 | | 111,170.47 | FA |
| **26** | **Assets**   **Totals (Excluding unknown values)** | **$13,229.48** | **$121,699.48** | | **$115,000.00** | **$0.00** |

RE PROP# 4       THIS ASSET IS THE SAME ASSET LISTED AS ASSET NUMBER 26.  THE PROPERTY JUST HAS DIFFERENT ADDRESSES.

---

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE FOUND AN UNSCHEDULED PROPERTY THAT HAS CO OWNERS.  SHE HAS SOLD THE PROPERTY AND ULTIMATELY RECEIVED ALL THE FUNDS IN 2015.  THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

The case needed final tax returns which were completed and were accepted by the taxing authorities. However there was an issue with the title company after the closing where certain taxes were not paid or redeemed and money was being held back. in addition There still was  an escrow but After some investigation it was held back for the buyer based on something that was an issue between the buyer and the title company.

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 3

| Case Number: | 13-00198-ABG | | Trustee: | (330290) | ILENE F. GOLDSTEIN |
|---|---|---|---|---|---|
| Case Name: | PETMEZAS, NICK G. | | Filed (f) or Converted (c): | 01/03/13 (f) | |
| | | | §341(a) Meeting Date: | 01/31/13 | |
| Period Ending: 10/16/17 | | | Claims Bar Date: | 11/25/13 | |

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

the trustee is currently closing this case and expects it to be closed by June 30, 2017

Initial Projected Date Of Final Report (TFR):      March 31, 2014          Current Projected Date Of Final Report (TFR):      June 30, 2017

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** | 13-00198-ABG |
| **Case Name:** | PETMEZAS, NICK G. |
| **Taxpayer ID #:** | **-***3927 |
| **Period Ending:** | 10/16/17 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 01/26/15 | | Chicago Title Company | Sale of interest in Real Estate | | | 17,343.00 | | 17,343.00 |
| | {26} | | partial sale of real estate proceeds | 111,170.47 | 1210-000 | | | 17,343.00 |
| | | | TI and title service fee | -200.00 | 2500-000 | | | 17,343.00 |
| | | | closing fees CT&T | -625.00 | 2500-000 | | | 17,343.00 |
| | | | owners title insurance | -1,525.00 | 2500-000 | | | 17,343.00 |
| | | | title charges | -428.00 | 2500-000 | | | 17,343.00 |
| | | | transfer taxes | -517.50 | 2500-000 | | | 17,343.00 |
| | | | additional CT&T charges | -520.00 | 2500-000 | | | 17,343.00 |
| | | | TI taxes to CT &T | -33,374.42 | 4700-000 | | | 17,343.00 |
| | | | attorney fees for real estate counsel | -6,000.00 | 3210-600 | | | 17,343.00 |
| | | | TI judgment to CT&T | -2,362.00 | 2500-000 | | | 17,343.00 |
| | | | TI judgment to CT&T | -6,224.00 | 2500-000 | | | 17,343.00 |
| | | | 2/3 proceed payments to non-owners | -33,984.67 | 1280-002 | | | 17,343.00 |
| | | | County taxes | -6,961.80 | 4700-000 | | | 17,343.00 |
| | | | survey credit | -400.00 | 2500-000 | | | 17,343.00 |
| | | | additional title charges | -705.08 | 2500-000 | | | 17,343.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 17,333.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.26 | 17,309.74 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.55 | 17,283.19 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-00198, Bond | | 2300-000 | | 9.46 | 17,273.73 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 24.85 | 17,248.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 23.98 | 17,224.90 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 26.42 | 17,198.48 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 25.55 | 17,172.93 |
| 08/14/15 | {22} | Chicago Title & Trust | SALE OF REAL ESTATE | | 1129-000 | 3,829.53 | | 21,002.46 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 29.86 | 20,972.60 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 42.28 | 20,930.32 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 39.57 | 20,890.75 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 32.20 | 20,858.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 33.00 | 20,825.55 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 28.87 | 20,796.68 |
| 02/22/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER | | 2300-000 | | 9.54 | 20,787.14 |

| | | | Subtotals : | $21,172.53 | $385.39 |
|---|---|---|---|---|---|

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-00198-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** PETMEZAS, NICK G. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5166 - Checking Account |
| **Taxpayer ID #:** **-***3927 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/16/17 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/22/2016 FOR CASE #13-00198 | | | | |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.83 | 20,758.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.75 | 20,725.56 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.73 | 20,696.83 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.69 | 20,668.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.61 | 20,635.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.61 | 20,606.92 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.51 | 20,574.41 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.51 | 20,544.90 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.48 | 20,516.42 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.39 | 20,485.03 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.38 | 20,455.65 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.37 | 20,424.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.41 | 20,396.87 |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided on 03/02/17 | 2300-000 | | 6.25 | 20,390.62 |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided: check issued on 03/02/17 | 2300-000 | | -6.25 | 20,396.87 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided on 03/02/17 | 2300-000 | | 6.24 | 20,390.63 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided: check issued on 03/02/17 | 2300-000 | | -6.24 | 20,396.87 |
| 03/02/17 | 105 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198, Bond | 2300-000 | | 6.24 | 20,390.63 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.30 | 20,360.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.33 | 20,333.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.16 | 20,300.84 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.19 | 20,271.65 |

Subtotals :    $0.00    $515.49

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 13-00198-ABG |
| **Case Name:** | PETMEZAS, NICK G. |
| **Taxpayer ID #:** | **-***3927 |
| **Period Ending:** | 10/16/17 |

| | |
|---|---|
| **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******5166 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.18 | 20,243.47 |
| | | | **ACCOUNT TOTALS** | | **21,172.53** | **929.06** | **$20,243.47** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **21,172.53** | **929.06** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,172.53** | **$929.06** | |

Exhibit B

# **Form 2**

Page: 4

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| **Case Number:** 13-00198-ABG | **Trustee:** ILENE F. GOLDSTEIN (330290) |
| **Case Name:** PETMEZAS, NICK G. | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5167 - Seg acct nonestate prop |
| **Taxpayer ID #:** **-***3927 | **Blanket Bond:** $5,000,000.00  (per case limit) |
| **Period Ending:** 10/16/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/15 | | Chicago Title & Trust | TRANSFER FROM CHECKING | 1280-002 | 27,399.20 | | 27,399.20 |
| 08/14/15 | | Chicago Title & Trust | TRANSFER FROM CHECKING | 1280-002 | 6,585.47 | | 33,984.67 |
| 09/14/15 | 101 | Itasca Bank & Trust, Bob Georgopolis, Loree's Rest, | Transfer of Segregated Funds Stopped on 11/02/15 | 8500-002 | | 33,984.67 | 0.00 |
| 11/02/15 | 101 | Itasca Bank & Trust, Bob Georgopolis, Loree's Rest, | Transfer of Segregated Funds Stopped: check issued on 09/14/15 | 8500-002 | | -33,984.67 | 33,984.67 |
| 11/02/15 | 102 | Bob Georgopoulos, and Loree's Rest Ltd. dba Woodfire Chicken | Release of Third Party Funds - from segregated account | 8500-002 | | 16,000.00 | 17,984.67 |
| 11/02/15 | 103 | Gust Petmezas, Efstathia Kotrogiannis, Athena Arvanitis and | Release of Third Party Funds - from segregated account | 8500-002 | | 10,790.80 | 7,193.87 |
| 11/02/15 | 104 | Itasca Bank | Release of Third Party Funds - from segregated account | 8500-002 | | 7,193.87 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 33,984.67 | 33,984.67 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 33,984.67 | 33,984.67 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$33,984.67** | **$33,984.67** | |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******5166** | 21,172.53 | 929.06 | 20,243.47 |
| **Checking # ******5167** | 33,984.67 | 33,984.67 | 0.00 |
| | **$55,157.20** | **$34,913.73** | **$20,243.47** |

{} Asset reference(s)

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** November 25, 2013

**Case Number:** 13-00198-ABG      Page: 1      **Date:** October 16, 2017
**Debtor Name:** PETMEZAS, NICK G.      **Time:** 04:13:00 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | PBG Financial Services Inc<br>666 Dunde Road<br>Suite 401<br>Northbrook, IL 60062 | Admin Ch. 7 | | $2,117.50 | $0.00 | 2,117.50 |
| 200 | ILENE F. GOLDSTEIN<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $7,300.77 | $0.00 | 7,300.77 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $7,140.00 | $0.00 | 7,140.00 |
| 200 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED<br>900 Skokie Blvd<br>Suite 128<br>Northbrook, IL 60062 | Admin Ch. 7 | | $64.79 | $0.00 | 64.79 |
| 200 | Clerk of the United States Bankruptcy Court<br>219 S. Dearborn<br>7th Floor | Admin Ch. 7 | | $176.00 | $0.00 | 176.00 |
| 1<br>610 | Bob Georgopoulos<br>6854 Latrobe Ave.<br>Skokie, IL 60077 | Unsecured | History: Details1-108/29/2013Claim #1 filed by Bob Georgopoulos, Amount claimed: $273135.83 (Sparagis, Konstantine )<br>-----------------------------------------------------------------* * * | $273,135.83 | $0.00 | 273,135.83 |
| 2 -2<br>610 | Itasca Bank & Trust Co.<br>308 West Irving Park Road<br>Itasca, IL 60143 | Unsecured | 08/09/2017 Amendment 2-2 imported by ILENE;<br>-----------------------------------------------------------------<br>History: Details2-111/25/2013Claim #2 filed by Itasca Bank & Trust Co., Amount claimed: $1923556.23 (Dallas, Steven )<br>Details2-208/08/2017Amended Claim #2 filed by Itasca Bank & Trust Co., Amount claimed: $66362.36 (Dallas, Steven )<br>-----------------------------------------------------------------* * * | $66,362.36 | $0.00 | 66,362.36 |
| << Totals >> | | | | 356,297.25 | 0.00 | 356,297.25 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-00198-ABG
Case Name: PETMEZAS, NICK G.
Trustee Name: ILENE F. GOLDSTEIN

**Balance on hand:** $  20,243.47

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $  0.00
Remaining balance:  $  20,243.47

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 7,300.77 | 0.00 | 7,300.77 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 7,140.00 | 0.00 | 7,140.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 64.79 | 0.00 | 64.79 |
| Accountant for Trustee, Fees - PBG Financial Services Inc | 2,117.50 | 0.00 | 2,117.50 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

Total to be paid for chapter 7 administration expenses:  $  16,799.06
Remaining balance:  $  3,444.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  3,444.41

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the
Court, priority claims totaling $0.00 must be paid in advance of any dividend to
general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,444.41 |

The actual distribution to wage claimants included above, if any, will be the proposed
payment less applicable withholding taxes (which will be remitted to the appropriate taxing
authorities).

Timely claims of general (unsecured) creditors totaling $ 339,498.19 have been allowed and
will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.
The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent,
plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bob Georgopoulos | 273,135.83 | 0.00 | 2,771.12 |
| 2 -2 | Itasca Bank & Trust Co. | 66,362.36 | 0.00 | 673.29 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,444.41 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been
allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed
general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated
to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** _____ 0.00

Remaining balance: **$** _____ 0.00

**UST Form 101-7-TFR (05/1/2011)**