UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re: )
)
**PETMEZAS, NICK G.** ) Bankruptcy Case No. 13-00198 ABG
) Chapter 7
)
Debtor(s). )

## CERTIFICATE OF SERVICE

The undersigned certifies that on _October 19, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

PETMEZAS, NICK G.
1248 ANTIETAM DRIVE
LONG GROVE, IL 60047

JOEL A. SCHECHTER
53 W. JACKSON BLVD.
SUITE 915
CHICAGO, IL 60604

Clerk of the United States Bankruptcy Court
219 S. Dearborn
7th Floor


LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

PBG Financial Services Inc
666 Dundee Road

Suite 401
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1     Bob Georgopoulos
6854 Latrobe Ave.
Skokie, IL 60077

2 -2     Itasca Bank & Trust Co.
308 West Irving Park Road
Itasca, IL 60143

/s/ ILENE F. GOLDSTEIN

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402