**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: PETMEZAS, NICK G.                                 § Case No. 13-00198
                                                          §
                                                          §
Debtor(s)                                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

```
Assets Abandoned: $13,229.48                    Assets Exempt: $6,530.00
(without deducting any secured claims)

Total Distribution to Claimants: $43,780.63     Claims Discharged
                                                Without Payment: $336,053.78

Total Expenses of Administration: $37,234.70
```

    3) Total gross receipts of $ 115,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 33,984.67 (see **Exhibit 2**), yielded net receipts of $81,015.33 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $40,336.22 | $40,336.22 | $40,336.22 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 37,234.70 | 37,234.70 | 37,234.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 339,498.19 | 339,498.19 | 3,444.41 |
| **TOTAL DISBURSEMENTS** | $0.00 | $417,069.11 | $417,069.11 | $81,015.33 |

4) This case was originally filed under Chapter 7 on January 03, 2013. The case was pending for 61 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/20/2018          By: /s/ILENE F. GOLDSTEIN
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2/3 proceed payments to non-owners | 1280-002 | -33,984.67 |
| TRANSFER FROM CHECKING | 1280-002 | 33,984.67 |
| Kepos, LLC (11.33%) | 1129-000 | 3,829.53 |
| 5810 S. Damen Chicago 1/3 interest | 1210-000 | 111,170.47 |
| **TOTAL GROSS RECEIPTS** | | **$115,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Itasca Bank & Trust, Bob Georgopolis, Loree's Rest, Bob Georgopoulos, and Loree's Rest Ltd. dba Woodfire Chicken | Transfer of Segregated Funds | 8500-002 | 0.00 |
| | Release of Third Party Funds - from segregated account | 8500-002 | 16,000.00 |
| Gust Petmezas, Efstathia Kotrogiannis, Athena Arvanitis | Release of Third Party Funds - from segregated account | 8500-002 | 10,790.80 |
| Itasca Bank | Release of Third Party Funds - from segregated account | 8500-002 | 7,193.87 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$33,984.67** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title Company | 4700-000 | N/A | 33,374.42 | 33,374.42 | 33,374.42 |
| | Chicago Title Company | 4700-000 | N/A | 6,961.80 | 6,961.80 | 6,961.80 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$40,336.22** | **$40,336.22** | **$40,336.22** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ILENE F. GOLDSTEIN | 2100-000 | N/A | 7,300.77 | 7,300.77 | 7,300.77 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |
| Attorney for Trustee Fees (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3110-000 | N/A | 7,140.00 | 7,140.00 | 7,140.00 |
| Attorney for Trustee Expenses (Trustee Firm) - LAW OFFICES OF ILENE F. GOLDSTEIN, | 3120-000 | N/A | 64.79 | 64.79 | 64.79 |
| Other - PBG Financial Services Inc | 3410-000 | N/A | 2,117.50 | 2,117.50 | 2,117.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.26 | 23.26 | 23.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.55 | 26.55 | 26.55 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 9.46 | 9.46 | 9.46 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 24.85 | 24.85 | 24.85 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 23.98 | 23.98 | 23.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 26.42 | 26.42 | 26.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 25.55 | 25.55 | 25.55 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.86 | 29.86 | 29.86 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 42.28 | 42.28 | 42.28 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 39.57 | 39.57 | 39.57 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.20 | 32.20 | 32.20 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.00 | 33.00 | 33.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.87 | 28.87 | 28.87 |
| Other - Arthur B. Levine Company | 2300-000 | N/A | 9.54 | 9.54 | 9.54 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.83 | 28.83 | 28.83 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.75 | 32.75 | 32.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.73 | 28.73 | 28.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.69 | 28.69 | 28.69 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.61 | 32.61 | 32.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.61 | 28.61 | 28.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.51 | 32.51 | 32.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.51 | 29.51 | 29.51 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.48 | 28.48 | 28.48 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.39 | 31.39 | 31.39 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.38 | 29.38 | 29.38 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.37 | 31.37 | 31.37 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.41 | 27.41 | 27.41 |
| Other - Inrternational Sureties, Ltd | 2300-000 | N/A | 6.24 | 6.24 | 6.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.30 | 30.30 | 30.30 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.33 | 27.33 | 27.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.16 | 32.16 | 32.16 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 29.19 | 29.19 | 29.19 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.18 | 28.18 | 28.18 |
| Other - Chicago Title Company | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 625.00 | 625.00 | 625.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 1,525.00 | 1,525.00 | 1,525.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 428.00 | 428.00 | 428.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 517.50 | 517.50 | 517.50 |
| Other - Chicago Title Company | 2500-000 | N/A | 520.00 | 520.00 | 520.00 |
| Other - Chicago Title Company | 3210-600 | N/A | 6,000.00 | 6,000.00 | 6,000.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 2,362.00 | 2,362.00 | 2,362.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 6,224.00 | 6,224.00 | 6,224.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| Other - Chicago Title Company | 2500-000 | N/A | 705.08 | 705.08 | 705.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $37,234.70 | $37,234.70 | $37,234.70 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bob Georgopoulos | 7100-000 | N/A | 273,135.83 | 273,135.83 | 2,771.12 |
| 2 -2 | Itasca Bank & Trust Co. | 7100-000 | N/A | 66,362.36 | 66,362.36 | 673.29 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $339,498.19 | $339,498.19 | $3,444.41 |

UST Form 101-7-TDR (10/1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-00198  
**Case Name:** PETMEZAS, NICK G.

**Period Ending:** 01/20/18

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 01/03/13 (f)  
**§341(a) Meeting Date:** 01/31/13  
**Claims Bar Date:** 11/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   1547 West Irving Park Road, (1/3 interest) land  (u)  Imported from Amended Doc#: 24 | Unknown | 0.00 | | 0.00 | FA |
| 2   360 North Old Route 53, Itasca, IL, a/k/a 360, R  (u)  Imported from Amended Doc#: 24 | Unknown | 0.00 | | 0.00 | FA |
| 3   1215 W. Irving Park, three foregoing properties  (u)  Imported from Amended Doc#: 24 | Unknown | 0.00 | | 0.00 | FA |
| 4   5800 South Damen, interest) land trust  (u)  Imported from Amended Doc#: 24  (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 5   Bank of America, checking, xxxxxxxx4620, account  Imported from original petition Doc# 13 | 741.98 | 741.98 | | 0.00 | FA |
| 6   Bank of America, savings, xxxxxxxx2935, account  Imported from original petition Doc# 13 | 150.00 | 150.00 | | 0.00 | FA |
| 7   Consumers Credit Union, share account, member no  Imported from original petition Doc# 13 | 7.50 | 7.50 | | 0.00 | FA |
| 8   bedroom set, 3 couches, coffee table, 2 chairs,  Imported from original petition Doc# 13 | 2,500.00 | 0.00 | | 0.00 | FA |
| 9   necessary wearing apparel  Imported from original petition Doc# 13 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10  watch, ring  Imported from original petition Doc# 13 | 500.00 | 0.00 | | 0.00 | FA |
| 11  golf clubs  Imported from original petition Doc# 13 | 250.00 | 0.00 | | 0.00 | FA |
| 12  homeowners' insurance  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 13  health insurance through spouse's employment  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 14  term life insurance  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 15  Morgan Stanley  Imported from original petition Doc# 13 | 80.00 | 0.00 | | 0.00 | FA |
| 16  Mug Pub, Inc. (1/3 interest) involuntary dissolu  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-00198  
**Case Name:** PETMEZAS, NICK G.

**Period Ending:** 01/20/18

**Trustee:** (330290)  ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 01/03/13 (f)  
**§341(a) Meeting Date:** 01/31/13  
**Claims Bar Date:** 11/25/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 17  Petmezas Corporation (1/3 interest) involuntary  Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 18  J N & G LLC (1/3 interest)  Imported from original petition Doc# 13 | Unknown | 0.00 | | 0.00 | FA |
| 19  Elgin Farm (1/3 interest)  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 20  Demos Itasca Properties, LLC (1/3 interest)  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 21  Itasca Joint Venture, LLC (16.66%), involuntary  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 22  Kepos, LLC (11.33%)  Imported from original petition Doc# 13 | 0.00 | 3,829.53 | | 3,829.53 | FA |
| 23  2004 Subaru Impreza WRX (vehicle titled in name  Imported from original petition Doc# 13 | 5,800.00 | 5,800.00 | | 0.00 | FA |
| 24  2001 Lexus GS 430  Imported from original petition Doc# 13 | 2,200.00 | 0.00 | | 0.00 | FA |
| 25  Nick G. Petmezas Revocable Trust dated March 5,  Imported from original petition Doc# 13 | 0.00 | 0.00 | | 0.00 | FA |
| 26  5810 S. Damen Chicago 1/3 interest  (u) | 0.00 | 111,170.47 | | 111,170.47 | FA |
| 26  Assets  Totals (Excluding unknown values) | **$13,229.48** | **$121,699.48** | | **$115,000.00** | **$0.00** |

RE PROP# 4    THIS ASSET IS THE SAME ASSET LISTED AS ASSET NUMBER 26.  THE PROPERTY JUST HAS DIFFERENT ADDRESSES.

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE FOUND AN UNSCHEDULED PROPERTY THAT HAS CO OWNERS.  SHE HAS SOLD THE PROPERTY AND ULTIMATELY RECEIVED ALL THE FUNDS IN 2015.  THE TRUSTEE HAS RECEIVED FUNDS BUT COULD NOT FILE TAX RETURNS ON AN INDIVIDUAL FOR 2015 UNTIL 2016 WHEN THE TAX RATES HAVE BEEN SET FOR INDIVIDUALS AND TAX FORMS FOR 2015 ARE AVAILABLE.  THE TRUSTEE IS NOW FILING HER FINAL TAX RETURNS AND CLOSING THE ESTATE.

The case needed final tax returns which were completed and were accepted by the taxing authorities. However there was an issue with the title company after the closing where certain taxes were not paid or redeemed and money was being held back. in addition There still was  an escrow but After some investigation it was held back for the buyer based on something that was an issue between the buyer and the title company.

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 13-00198
**Case Name:** PETMEZAS, NICK G.

**Trustee:** (330290) ILENE F. GOLDSTEIN
**Filed (f) or Converted (c):** 01/03/13 (f)
**§341(a) Meeting Date:** 01/31/13

**Period Ending:** 01/20/18

**Claims Bar Date:** 11/25/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

the trustee is currently closing this case and expects it to be closed by June 30, 2017

**Initial Projected Date Of Final Report (TFR):** March 31, 2014     **Current Projected Date Of Final Report (TFR):** June 30, 2017

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 13-00198 | | **Trustee:** | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| **Case Name:** | PETMEZAS, NICK G. | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******5166 - Checking Account |
| **Taxpayer ID #:** | **-***3927 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/20/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/26/15 | | Chicago Title Company | Sale of interest in Real Estate | | 17,343.00 | | 17,343.00 |
| | {26} | | partial sale of real estate proceeds  111,170.47 | 1210-000 | | | 17,343.00 |
| | | | TI and title service fee  -200.00 | 2500-000 | | | 17,343.00 |
| | | | closing fees CT&T  -625.00 | 2500-000 | | | 17,343.00 |
| | | | owners title insurance  -1,525.00 | 2500-000 | | | 17,343.00 |
| | | | title charges  -428.00 | 2500-000 | | | 17,343.00 |
| | | | transfer taxes  -517.50 | 2500-000 | | | 17,343.00 |
| | | | additional CT&T charges  -520.00 | 2500-000 | | | 17,343.00 |
| | | | TI taxes to CT &T  -33,374.42 | 4700-000 | | | 17,343.00 |
| | | | attorney fees for real estate counsel  -6,000.00 | 3210-600 | | | 17,343.00 |
| | | | TI judgment to CT&T  -2,362.00 | 2500-000 | | | 17,343.00 |
| | | | TI judgment to CT&T  -6,224.00 | 2500-000 | | | 17,343.00 |
| | | | 2/3 proceed payments to non-owners  -33,984.67 | 1280-002 | | | 17,343.00 |
| | | | County taxes  -6,961.80 | 4700-000 | | | 17,343.00 |
| | | | survey credit  -400.00 | 2500-000 | | | 17,343.00 |
| | | | additional title charges  -705.08 | 2500-000 | | | 17,343.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 17,333.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.26 | 17,309.74 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.55 | 17,283.19 |
| 04/03/15 | 101 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 04/03/2015 FOR CASE #13-00198, Bond | 2300-000 | | 9.46 | 17,273.73 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.85 | 17,248.88 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.98 | 17,224.90 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 26.42 | 17,198.48 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.55 | 17,172.93 |
| 08/14/15 | {22} | Chicago Title & Trust | SALE OF REAL ESTATE | 1129-000 | 3,829.53 | | 21,002.46 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.86 | 20,972.60 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.28 | 20,930.32 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.57 | 20,890.75 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.20 | 20,858.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.00 | 20,825.55 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.87 | 20,796.68 |
| 02/22/16 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 9.54 | 20,787.14 |

Subtotals : $21,172.53 $385.39

{} Asset reference(s) Printed: 01/20/2018 05:48 PM V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 13-00198  
**Case Name:** PETMEZAS, NICK G.  
**Taxpayer ID #:** **-***3927  
**Period Ending:** 01/20/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/22/2016 FOR CASE #13-00198 | | | | |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.83 | 20,758.31 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.75 | 20,725.56 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.73 | 20,696.83 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.69 | 20,668.14 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.61 | 20,635.53 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.61 | 20,606.92 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.51 | 20,574.41 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.51 | 20,544.90 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.48 | 20,516.42 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.39 | 20,485.03 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.38 | 20,455.65 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.37 | 20,424.28 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.41 | 20,396.87 |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided on 03/02/17 | 2300-000 | | 6.25 | 20,390.62 |
| 03/02/17 | 103 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided: check issued on 03/02/17 | 2300-000 | | -6.25 | 20,396.87 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided on 03/02/17 | 2300-000 | | 6.24 | 20,390.63 |
| 03/02/17 | 104 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198 Voided: check issued on 03/02/17 | 2300-000 | | -6.24 | 20,396.87 |
| 03/02/17 | 105 | Inrternational Sureties, Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/02/2017 FOR CASE #13-00198, Bond | 2300-000 | | 6.24 | 20,390.63 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.30 | 20,360.33 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.33 | 20,333.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.16 | 20,300.84 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 29.19 | 20,271.65 |

Subtotals :      $0.00      $515.49

{} Asset reference(s)

Printed: 01/20/2018 05:48 PM     V.13.32

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 13-00198  
**Case Name:** PETMEZAS, NICK G.  

**Taxpayer ID #:** **-***3927  
**Period Ending:** 01/20/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5166 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/17 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 28.18 | 20,243.47 |
| 11/21/17 | 106 | PBG Financial Services Inc | Dividend paid 100.00% on $2,117.50, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 |  | 2,117.50 | 18,125.97 |
| 11/21/17 | 107 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $7,300.77, Trustee Compensation;  Reference: | 2100-000 |  | 7,300.77 | 10,825.20 |
| 11/21/17 | 108 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $7,140.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 |  | 7,140.00 | 3,685.20 |
| 11/21/17 | 109 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $64.79, Attorney for Trustee Expenses (Trustee Firm);  Reference: | 3120-000 |  | 64.79 | 3,620.41 |
| 11/21/17 | 110 | Clerk of the United States Bankruptcy Court | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 |  | 176.00 | 3,444.41 |
| 11/21/17 | 111 | Bob Georgopoulos | Dividend paid   1.01% on $273,135.83; Claim# 1; Filed: $273,135.83; Reference: | 7100-000 |  | 2,771.12 | 673.29 |
| 11/21/17 | 112 | Itasca Bank & Trust Co. | Dividend paid   1.01% on $66,362.36; Claim# 2-2; Filed: $66,362.36; Reference: | 7100-000 |  | 673.29 | 0.00 |
|  |  |  | **ACCOUNT TOTALS** |  | 21,172.53 | 21,172.53 | $0.00 |
|  |  |  | Less: Bank Transfers |  | 0.00 | 0.00 |  |
|  |  |  | **Subtotal** |  | 21,172.53 | 21,172.53 |  |
|  |  |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  | **NET Receipts / Disbursements** |  | **$21,172.53** | **$21,172.53** |  |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 13-00198  
**Case Name:** PETMEZAS, NICK G.  
**Taxpayer ID #:** **-***3927  
**Period Ending:** 01/20/18  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5167 - Seg acct nonestate prop  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/15 |  | Chicago Title & Trust | TRANSFER FROM CHECKING | 1280-002 | 27,399.20 |  | 27,399.20 |
| 08/14/15 |  | Chicago Title & Trust | TRANSFER FROM CHECKING | 1280-002 | 6,585.47 |  | 33,984.67 |
| 09/14/15 | 101 | Itasca Bank & Trust, Bob Georgopolis, Loree's Rest, | Transfer of Segregated Funds Stopped on 11/02/15 | 8500-002 |  | 33,984.67 | 0.00 |
| 11/02/15 | 101 | Itasca Bank & Trust, Bob Georgopolis, Loree's Rest, | Transfer of Segregated Funds Stopped: check issued on 09/14/15 | 8500-002 |  | -33,984.67 | 33,984.67 |
| 11/02/15 | 102 | Bob Georgopoulos, and Loree's Rest Ltd. dba Woodfire Chicken | Release of Third Party Funds - from segregated account | 8500-002 |  | 16,000.00 | 17,984.67 |
| 11/02/15 | 103 | Gust Petmezas, Efstathia Kotrogiannis, Athena Arvanitis and | Release of Third Party Funds - from segregated account | 8500-002 |  | 10,790.80 | 7,193.87 |
| 11/02/15 | 104 | Itasca Bank | Release of Third Party Funds - from segregated account | 8500-002 |  | 7,193.87 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 33,984.67 | 33,984.67 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 |  |
| Subtotal | 33,984.67 | 33,984.67 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $33,984.67 | $33,984.67 |  |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ******5166 | 21,172.53 | 21,172.53 | 0.00 |
| Checking # ******5167 | 33,984.67 | 33,984.67 | 0.00 |
|  | $55,157.20 | $55,157.20 | $0.00 |

{} Asset reference(s)